# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand twenty-three,

Ulysses T. Ware,

      Petitioner,

v.

United States of America,

      Respondent.

**ORDER**
Docket No. 23-865

On November 05, 2010 this Court entered an order in United States of America v. Ware, 07-5222 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective June 28, 2023 unless a motion seeking leave of this Court is filed by that date.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court