# 23-865/23-869

Business Intelligence Group Doc. #0014323 DAL/JAC re Public corruption/judicial misconduct investigation review

**Complaint of Judicial Misconduct against District Judge Edgardo Ramos (SDNY) filed with the U.S. Court of Appeals for the Second Circuit on May 26, 2022.**

In re Edgardo Ramos, 02-22-90049-jm (2d Cir.)

_____

Appx 57-8

May 26, 2022, Declaration of Undisputed Material Judicial Misconduct Facts regarding District Judge Edgardo Ramos (SDNY) by Ulysses T. Ware:

The Facts and exhibits are excerpted from *Ware v. USA, et al.,* 22cv3409 (SDNY), Dkt. 1-2, pages 139 (actual innocent 28 USC 2241(a) petition for the writ of habeas corpus)

Federal law, 28 USC 455(a), 455 (b)(1-5), and the Code of Conduct for Federal Judges, prohibited Ramos from judicial participation in 22cv3409 (SDNY), 04cr1224 (SDNY), and 05cr1115 (SDNY)-- indisputable judicial misconduct.

I, Ulysses T. Ware, hereby this 26th day of May 2022, in the city of Brooklyn, in the State of New York, while under oath, set my hand and seal, subject to the penalty of perjury, having personal knowledge of the facts, pursuant to 28 USC 1746, hereby have made this sworn Declaration in my personal and individual capacity, and set forth the following facts that are true, correct, and indisputable. I hereby incorporate by reference herein and make the same a part hereof as if attached hereto, the Government's trial exhibits, 1224 and 1115 PSIs in heac verba, briefs, motions, memoranda, transcripts, orders, judgments, and dockets from the 02cv2219 (SDNY), 03-93031-mhm (BC NDGA), 03-0831-kjd (D. NV), 04cr1224 (SDNY), 05cr1115 (SDNY), 22cv3409 (SDNY) and related proceedings, jointly (the "**Ware Cases**").

**Fact #36**

(a) District Judge Edgardo Ramos (SDNY) is hereby designated as an ***actual innocent* Brady exculpatory evidence material witness** and identified as an **UNINDICTED CO-CONSPIRATOR**.

(b) Judge Ramos, an Unindicted Co-conspirator, has adamantly refused all requests by Mr. Ware to have the Brady Orders enforced. See 05cr1115 (SDNY) Dkt. 260, 263, 267, 272, 273, 274, 275, 276, 283, 287, 291, 293, 294, 295, 299, 302, 305, and ***unfiled, concealed, and suppressed filings*** by Mr. Ware, 51A, 51B, 51C, 51D, and 51E, jointly, (the "**Ware Actual Innocence Brady Exculpatory Evidence**").

The EOUSA on March 20, 2023, in In re Ware, 000907 FOIA response, confirmed, clear and convincing evidence, that Pauley, Ramos, and the U.S. Atty's Office (SDNY) had concealed and suppressed Brady evidence since 2005.

**Fact #39**

(a) The Unindicted Co-conspirators individually, jointly, severally, as an illegal association-in-fact, a continuing criminal enterprise, knowingly, willfully, with malice aforethought, have willfully resisted, disobeyed, aided, abetted, and orchestrated the resistance of and disobedience to lawful court orders and final judgment, the Ware Court Orders, in willful violation of 18 USC 401(2) and 401(3), criminal contempt;

(b) Edgardo Ramos, has since on or about July 12, 2021, in the "clear absence of all jurisdiction" acted in his personal and individual capacity, and had knowingly and willfully resisted, disobeyed, and has knowingly aided, abetted, colluded, conspired, and racketeered with Audrey Strauss, Melissa Childs, John M. McEnany, and the Unindicted Co-conspirators to continue to resist and disobey the written Brady

Page **1** of **5**
**Thursday, May 26, 2022**

Orders, Exhibit 2 and 3, resisted Exhibits 3, 4, and 5, and Ramos has knowingly rigged and fixed the 04cr1224 and 05cr1115 proceedings, claiming to rely on null and void ab initio "leave to file" orders, Dkt 160 (04cr1224) and Dkt. 220 (05cr1115), entered in violation of Circuit precedent, and entered in violation of all due process of law, without any notice or opportunity to be heard, see Exhibits 22-26;

**Stolen, suppressed, and concealed actual innocent Brady exculpatory and impeachment evidence.**

(c) Audrey Strauss, Melissa Childs, John M. McEnany, current AUSAs employed by the DOJ's USAO (SDNY) currently have in their possession material Brady exculpatory evidence, see Appx. 3, the official DOJ emails of Alexander H. Southwell, Nicholas S. Goldin, Maria E. Douvas, Steven D. Feldman, Sarah E. Paul, Katherine Polk-Failla, David N. Kelley, Michael J. Garcia, Joon Kim, Preet Bharara, Andrew L. Fish, FBO analyst Maria Font, former FBI special agent David Makol, all ex parte communications between the USAO and Robert W. Sweet, William H. Pauley, III, Leonard B. Sand, Kenneth A. Zitter, Ari Rabinowitz, and the SEC that contain material Brady exculpatory evidence required to be immediately disclosed to Ulysses T. Ware pursuant to the express commands of the Brady court orders;

**See the DOJ's EOUSA's March 20, 2023, FOIA response.**

**Fact 41.**

Beginning from around July 12, 2021, in the Southern District of New York, and elsewhere Edgardo Ramos, ("**Ramos**"), **in his personal and individual capacity**, "in the clear absence of all jurisdiction"[1]

---

[1] Article III and 18 USC 3231 subject matter jurisdictions have not been "**affirmatively established**" (i.e., "**jurisdiction must be shown affirmatively**, and that showing is not made by drawing from the pleadings inferences favorable to the party asserting it." *APWU v. Potter*, 343 F.3d 619, 623 (2d Cir. 2003) (emphasis added)) by the United States [the USAO] in regard to Dkt. 250:05cr1115 (SDNY), and thus, the **legal presumption** is that jurisdiction is absent. See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377 ("Federal courts are courts of limited jurisdiction. They possess **only that power** authorized by Constitution and statute, see *Willy v. Coastal Corp.*, 503 U. S. 131, 136-137 (1992); *Bender v. Williamsport Area School Dist.*, 475 U. S. 534, 541 (1986), *which is not to be expanded by judicial decree*, *American Fire & Casualty Co. v. Finn*, 341 U. S. 6 (1951). **It is to be presumed that a cause [Dkt 250:05cr1115] lies outside this limited jurisdiction**, *Turner v. Bank of North-America*, 4 Dall. 8, 11 (1799), **and the burden of establishing the contrary rests upon the party [the USAO] asserting jurisdiction**, *McNutt v. General Motors Acceptance Corp.*, 298 U. S. 178, 182-183 (1936)). (1994) (emphasis added).

A federal judge, Ramos, is civilly monetarily liable to Ulysses T. Ware for money damages (+$2.225 billion dollars) when he or she "acts in the clear absence of all jurisdiction." *Stump v. Sparkman*, 435 U.S. 349, 357-58 (1978). Clearly Ramos has a disqualifying financial interest in the outcome of the contempt proceedings, and is therefore constitutionally and statutorily disqualified, 28 USC 455(a), 455 (b)(1-5), from any and all judicial function regarding any aspect of the contempt motions.

Ramos is strictly prohibited by the Constitution from being a judge in his own case or in a case where he has a financial interest. See *Tumey v. Ohio*, 270 U.S. 510, 523 (1927) ("But it certainly violates the Fourteenth Amendment, *and deprives a defendant in a criminal case of due process of law*, to subject his liberty or property to the judgment of a court the judge [Ramos, J.] **of which has a direct, personal, substantial, pecuniary interest in reaching a conclusion against him in his case**.") (emphasis added); and *In re Murchison*, 349 U.S. 133, 136 (1952) ("A fair trial in a fair tribunal is a basic requirement of due

Page **2** of **5**
**Thursday, May 26, 2022**

knowingly, willfully, acted in concert, aided, abetted, assisted, in bad faith, as an overt act in the furtherance of the conspiracy to resist, avoid, hinder, frustrate, obstruct, evade, and disobey the express and inherent preclusive effects of the Court Orders willfully and knowingly in violation of 18 USC 401(2) and 401(3), criminal contempt. See Exhibits 22-26.

Ramos intentionally, deliberately, with malice aforethought, colluded and conspired with the Unindicted Co-conspirators and coordinated and arranged the 1224 and 1115 proceedings in such a way that he and Audrey Strauss, Melissa Childs, John M. McEnany, (the "**USAO**"), and other Unindicted Co-conspirators were positioned and enabled to **willfully** and **knowingly** resist, avoid, evade, hinder, frustrate, and refuse to take all "reasonable steps"[2] necessary to fully comply with the express and inherent terms and commands of the Ware Court Orders, in particular the Brady Orders, Exhibits 2 and Exhibits 3, and Ramos knowingly and willfully committed the following criminal and civil contempt of the Ware Court Orders, to wit[3]:

(a) Ramos, a purported United States District Court Judge (SDNY), knew or was recklessly ignorant of the law, and/or turned a blind eye and a deaf ear to the truth and the law, since July 12, 2021, *recklessly and irresponsibly—that is, in the clear absence of all jurisdiction,* orchestrated and coordinated a criminal conspiracy, (the "**Ramos Conspiracy**") with AUSAs Melissa Childs, John M. McEnany, acting U.S. Attorney (SDNY) Audrey Strauss, the USAO, and the Unindicted Co-conspirators, and Ramos willfully and knowingly manipulated and perfidiously arranged and coordinated the 1224 and 1115 proceedings in such a way that the USAO and its privies, and those acting in concert with the USAO, were and are permitted and able to continue to knowingly resist, evade, avoid, impede, obstruct, and disobey the Brady Orders, Exhibits 2 and 3; suppress and conceal material Brady exculpatory evidence required to be disclosed to Ulysses T.

---

process. Fairness, of course, requires an absence of actual bias in the trial of cases. But our system of law has always endeavored to prevent **even the probability of unfairness**. To this end, **no man [Edgardo Ramos] can be a judge in his own case, and no man is permitted to try cases where he has an interest in the outcome. That interest cannot be defined with precision. Circumstances and relationships must be considered**.") (emphasis added), respectively.

[2] District Judge Pauley ordered the government's prosecutors, **Exhibit 3** ("This Court will direct the **government to produce no later than the Thursday before the start of trial [05cr1115] that exculpatory material** ….") (emphasis added) and District Judge Sweet, **Exhibit 2** ("The Government **shall** produce *all* **Brady material prior to trial**.") (emphasis added) to disclose **all** Brady evidence **prior to trial** to then defendant Ulysses T. Ware, which the government's prosecutors acknowledged was a "continuing" obligation.

[3] "Civil contempt ... consists of a party's disobedience to a specific and definite court order by failure to take all **reasonable steps** within the party's power to comply." *In re Dual–Deck Video Cassette Recorder Antitrust Litig.,* 10 F.3d 693, 695 (9th Cir.1993). A party may also be held liable for **knowingly aiding and abetting another to violate a court order**. *See Regal Knitwear Co. v. NLRB,* 324 U.S. 9, 14 (1945) ("defendants may nullify a decree by carrying out prohibited acts through aiders and abettors, although they were not parties to the original proceeding").

Ware; and resist, avoid, delay, and hinder, specifically the disclosure of Exhibit 22, para. 33, infra, a judicial admission, and confession, in the **unsigned** null and void ab initio, moot SEC-DOJ's Las Vegas 03-0831 (D. NV) complaint.

(b)  Ramos knowingly and willfully has colluded and conspired with the USAO and the Unindicted Coconspirators since July 12, 2021, and Ramos maliciously and insidiously orchestrated and coordinated the 1224 and 1115 proceedings and utilized a **fraudulent scheme** predicated on two null and void ab initio, purported "leave-to-file" injunctions, Dkt. 222:1115 (Pauley, J.), Exhibit 24, and Dkt 160:1224 (Sweet, J.), Exhibit 25, both entered in egregious violation of Circuit precedent[4] and the Due Process Clause of the Constitution of the United States, (the "**Fraudulent Scheme**"), to willfully avoid, evade, resist, obstruct, hinder, frustrate, and disobey the Ware Court Orders;

(c)  Ramos maliciously, willfully, and knowingly, acted in concert with the USAO, as an overt act in furtherance of the criminal conspiracy to obstruct the due administration of justice in the District Court (SDNY), **within the purview of the "general supervisory authority" of the Hon. Chief District Judge Laura Taylor-Swain to prevent[5]**, and Ramos used the Fraudulent Scheme as the illegal means and method for him, the USAO, and the Unindicted Co-conspirators to willfully and knowingly evade, resist, obstruct, delay, impede, hinder, disobey, and avoid their legal obligations imposed by the terms and commands of

---

[4] See *Viola v. United States*, 481 Fed. Appx. 30, 31 (2d Cir. 2012) ("[T]he procedure for imposing leave-to-file sanctions involves **three stages**: (1) the court [Pauley, Sweet, and Ramos **first**] notifies the litigant that future frivolous filings might result in sanctions; (2) if the litigant continues this behavior, **the court orders the litigant to show cause as to why a leave-to-file sanction order should not issue**; and (3**) if the litigant's response does not show why sanctions are not appropriate**, the court issues a sanctions order.") (internal quotation marks and citation omitted). (emphasis added).

No required "show cause" order was ever entered in 1224 and 1115 according to the certified dockets in both proceedings. Nor was Ulysses T. Ware ever given any opportunity to be heard why any such sanction was not appropriate. **Accordingly, Dkt. 222 and Dkt. 160 are null and void ab initio and have no lawful preclusive effects** to prohibit Ramos from adjudicating Mr. Ware's Rule 33 motion for a New Trial predicated on "Flagrant" Brady violation; Motion to Dismiss the 05cr1115 and 04cr1224 (SDNY) Indictments; Motion to Enforce the Brady Orders; Motion for Kordel Relief, Motion Challenging the Subject Matter Jurisdiction of the 1224 and 1115 District Court, and other pending Emergency Motions. Ramos, Pauley, and Sweet designed and entered the ultra vires purported "leave-to-file" injunctions as the illegal and fraudulent scheme to cover up, hide, suppress, and conceal their crimes in aiding and abetting the willful resistance, avoidance, and disobedience of the Brady Orders and the Court Orders done to violate the constitutional and legal rights of Ulysses T. Ware.

[5] The federal courts enforce professional responsibility [judicial, the Code of Conduct for Federal Judges, and prosecutorial] standards pursuant to their **general supervisory authority** over members of the bar. *In Re Snyder*, 472 U.S. 634, 645 n. 6 (1985). (emphasis added).

Page **4** of **5**
**Thursday, May 26, 2022**

the Ware Court Orders to take **every** "reasonable step" in full compliance of the Ware Court Order's terms and conditions. Else willfully violate 18 USC 401(2) and 401(3).[6]

(d)    Ramos and the USAO knew it was "reasonable" for Ulysses T. Ware, the Prevailing Party to the Brady Orders and the Ware Court Orders, to exercise his legal right of enforcement of the Ware Court Orders and petition the Court for enforcement.[7] Thus, the fraudulent concoction of the **Ramos Fraudulent Scheme** was designed and fabricated as an illegal device to evade, resist, hinder, delay, and avoid all "reasonable steps" for full compliance of the Ware Court Orders as an overt act in a racially-motivated Jim Crow retaliatory hate crime conspiracy to "punish" Mr. Ware for not issuing fraudulent and bogus Rule 144(k) legal opinions to the "Civil Plaintiffs" named in para. 8 of the 04cr1224 indictment, Exhibit 7, (i) **unregistered broker-dealer** and (ii) 15 USC 77b(a)(11) **statutory underwriters** legally ineligible for Rule 144(k). See **SEC Release 33-7190 n. 17 (1995)** (Section 2(a)(11) **statutory underwriters required to register all distribution of securities** with the SEC).

### End of Document

I Ulysses T. Ware have this 26th day of May 2022 in Brooklyn, NY set my hand and seal, under oath, subject to the penalty of perjury, having personal knowledge of the facts, and pursuant to 28 USC 1746 have made the foregoing statements of fact and certify each Fact is true and correct and signed this Declaration.

/s/ Ulysses T. Ware

_____

Ulysses T. Ware
May 26, 2022

---

[6] A party may also be held liable for **knowingly aiding and abetting** another to violate a court order. See **Regal Knitwear Co. v. NLRB**, 324 U.S. 9, 14 (1945) ("defendants may not nullify a decree by carrying out prohibited acts through aiders and abettors, although they were not parties to the original proceeding"). **The USAO, a party to the Brady and Ware Court Orders, conducted its willful and knowing resistance to the Court Orders through Ramos' conspiratorial Fraudulent Scheme to obstruct justice and in willful criminal contempt of the Ware Court Orders**.

[7] In general, "the power to punish for contempt is inherent in all courts*.*" **Bowens v. Atlantic Maintenance Corp**., 546 F. Supp. 2d 55, 63 (E.D.N.Y. 2008) (citations omitted). "The underlying concern is 'disobedience to the orders of the [j]udiciary,' not 'merely the disruption of court proceedings.'" Id. (citing **Chambers v. NASCO, Inc**., 501 U.S. 32, 44 (1991)). *As such, an individual* [Edgardo Ramos and the Unindicted Co-conspirators] *who disobeys a valid order of the court may be subject to both civil and criminal penalties for his actions*. Id. (citing **United States v. Petito**, 671 F.2d 68, 72 (2d Cir. 1982)). "Criminal contempt is used to punish the contemnor or vindicate the court's authority; civil contempt seeks to coerce the contemnor into compliance with the court's orders or **to compensate the complaining party [Ulysses T. Ware] for losses [+$2.225 billion dollars] incurred as a result of the contemnor's conduct**." Id. (citing **Hess v. New Jersey Transit Rail Operations, Inc**., 846 F.2d 114, 115 (2d Cir. 1988)). (emphasis added).

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Ulysses T. Ware**

**CERTIFICATE OF SERVICE***

Docket Number: __23-865 and 23-869__

v.

**United States, et al.**

I, __Ulysses T. Ware__, hereby certify under penalty of perjury that
(print name)

on __October 17, 2023__, I served a copy of __Part 21S-1, to L.R. 27-1 motion for COA,__
(date)

__Appx 57-8 re: Ulysses T. Ware's In re Edgardo Ramos Complant of Criminal Judicial Misconduct__
(list all documents)

by (select all applicable)**

___ Personal Delivery    **X** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    **X** E-Mail (on consent)    served via implied consent and acquiescence.

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Damian Williams | via email/and U.S. mail | New York | NY | 10007 |
| Merrick B. Garland | via email to Jeffrey R. Ragsdale/and U.S. mail | Washington | DC | 20530 |
| Won Shin | via email/and U.S. Mail | New York | NY | 10007 |
| The Director of the FBI | Washington, DC | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__October 17, 2023__                    __/s/ Ulysses T. Ware__
Today's Date                             Signature

Certificate of Service Form (Last Revised 12/2015)