S.D.N.Y.-N.Y.C.
04-cr-1224
05-cr-1115
22-cv-3409
22-cv-10566
Ramos, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand twenty-three.

Ulysses T. Ware,

*Petitioner*,

v.   23-865

United States of America,

*Respondent*.

Ulysses Thomas Ware,

*Petitioner*,

v.   23-869

United States of America, et al.,

*Respondents*.

It is hereby ORDERED that these two proceedings are CONSOLIDATED for the purposes of this order. In November 2010, this Court entered a leave-to-file sanction against Petitioner. *See United States v. Ware*, 2d Cir. 07-5222 (Order dated 11/5/2010). Petitioner now moves for leave to file the above appeals and other relief. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not represent a departure from Appellant's pattern of vexatious litigation. *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

