S.D.N.Y. – N.Y.C.
04-cr-1224
05-cr-1115
22-cv-3409
22-cv-10566
Ramos, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand twenty-four.

---

Ulysses T. Ware,

*Petitioner*,

v.                                                                23-865

United States of America,

*Respondent*.

---

Ulysses Thomas Ware,

*Petitioner*,

v.                                                                23-869

United States of America, et al.,

*Respondents*.

---

In November 2010, this Court entered a leave-to-file sanction against Petitioner. *See United States v. Ware*, 2d Cir. 07-5222 (Order dated 11/5/2010). Petitioner now moves to recall the mandate, for leave to file a petition for rehearing, and for other relief. Upon due consideration, it is hereby ORDERED that the motion is DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

